**Order entered April 7, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-19-00028-CV**

**THE STATE OF TEXAS, Appellant**

**V.**

**MESQUITE CREEK DEVELOPMENT, INC.,
A GEORGIA CORPORATION, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-05842-B**

**ORDER**

Before the Court is appellees' April 3, 2020 third motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **April 15, 2020**.

/s/    BILL WHITEHILL
        JUSTICE